January 14, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

JACOB MORRIS, INDIVIDUALLY AND AS NEXT FRIEND OF DANIEL CLINT MORRIS, DANIEL "CLINT" MORRIS, REGINA MORRIS, CINDY STEPHENS, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF DANIEL STEPHENS, Appellants

NO. 14-13-01016-CV                     V.

ELIZABETH NICOLE MARIE NELSON A/K/A BETH NELSON, NICOLE RENEE TODD A/K/A NIKKI TODD, ASSOCIATED CREDIT UNION OF TEXAS A/K/A ASSOCIATED CREDIT UNION A/K/A ASSOCIATED CU OF TEXAS A/K/A ACU OF TEXAS A/K/A ACUTX A/K/A ACUTX INSURANCE SERVICES, AND CU FINANCIAL GROUP, LLC A/K/A CU FINANCIAL GROUP A/K/A CU FINANCIAL GROUP L A/K/A CU FINANCIAL GRP LLC A/K/A CU FINANCIAL, CU FINANCIAL GROUP INSURANCE A/K/A CU FINANCIAL GROUP LLC, A SUBSIDIARY OF ASSOCIATED CREDIT UNION OF TEXAS, PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, AND MASON MCMURRAY, Appellees

———————————————————

Today the Court heard appellees' motion to dismiss the appeal from the order signed by the court below on November 3, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants.

We further order this decision certified below for observance.